IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CHEROKEE METAL PRODUCTS, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MITEK USA, INC. )<br>)<br>Defendant. )<br>)<br>) | No. 2:19-CV-00101-JRG-CRW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and LR 68.1, and as evidence by the signatures of their respective counsel below, Cherokee Metal Products, Inc., Plaintiff, and MiTek USA, Inc., n/k/a MiTek, Inc., Defendant, hereby stipulate the dismissal with prejudice of the above action, with no costs, fees, or expenses to be claimed by any party pursuant to Federal Rule of Civil Procedure 54.

Respectfully submitted this the 3rd day of August, 2021.

By: */s/ Edward L. Summers*
Edward L. Summers BPR #000628
Attorney for Plaintiff
HAYNES MEEK & SUMMERS, PLLC
5401 Kingston Pike, Suite 130
Knoxville, Tennessee 37919
(865) 546-8706
els@knoxcounselors.com

ATTORNEYS FOR PLAINTIFF
CHEROKEE METAL PRODUCTS, INC


By: */s/ Laura A. Bentele*
Eric M. Trelz  *(Admitted pro hac vice)*
Laura A. Bentele  *(Admitted pro hac vice)*
Angela B. Kennedy *(Admitted pro hac vice)*
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: 314.621.5070
Fax: 314.621.5065
etrelz@armstrongteasdale.com
lbentele@armstrongteasdale.com
akennedy@armstrongteasdale.com

Susie Lodico  BPR#023754
Patrick, Beard, Schulman, & Jacoway, P.C.
537 Market Street, Suite 202
Chattanooga, Tennessee 37402
423.756.7117 (telephone)
423.267.5032 (facsimile)
slodico@pbsjlaw.com

ATTORNEYS FOR DEFENDANT MITEK, USA INC., N/K/A MITEK INC.

.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2021, the foregoing was filed electronically to be served by operation of the Court's electronic filing system upon all attorneys of record.

*/s/ Edward L. Summers*